THE PHENIX NATIONAL BANK, Appellant, *v.* JOHN R. KEIM, as Assignee for THOMAS H. SPAULDING and WILLIAM H. CROSBY, Appellant, and THOMAS H. SPAULDING et al., Respondents.

Reported below, 69 App. Div. 201.

(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment entered May 2, 1902, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an interlocutory judgment in favor of plaintiff and a final judgment entered thereon upon the report of a referee, and dismissed an appeal from an order denying a motion to amend the final judgment.

The motion was made upon the ground that as the judgment appealed from was entered on default, no appeal lies therefrom to the Court of Appeals.

*Norris Morey* for motion.

*S. W. Rosendale* opposed.

Motion denied, with ten dollars costs.

---

LOTTIE G. DIMON, as Administratrix of HENRY G. DIMON, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

Reported below, 74 App. Div. 626.

(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and order denying a motion for a new trial.

The motion was made upon the ground that the exceptions appearing in the record were frivolous and without merit.

*J. Addison Young* for motion.

*John F. Brennan* opposed.

Motion denied, with ten dollars costs.